# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>-vs-<br><br>SHURWEST HOLDING COMPANY, INC., an Arizona corporation; and SHURWEST, LLC, an Arizona limited liability company, THE QUANTUM GROUP USA, LLC, an Arizona limited liability company, and Ron Shurts, an individual.<br><br>Defendants. | Case No.: 0:21-cv-01603-JNE-ECW<br><br>**STIPULATION TO MODIFY BRIEING SCHEDULE FOR MOTIONS TO DISMISS FILED BY THE QUANTUM GROUP USA, LLC, AND RON SHURTS** |

**WHEREAS,** on July 12, 2021, Minnesota Life filed its initial Complaint in this action;

**WHEREAS** counsel for Mr. Shurts ("Shurts") and The Quantum Group USA, LLC ("Quantum") waived service and their responses to the initial Complaint were due on November 22, 2021;

**WHEREAS** Minnesota Life granted Shurts and Quantum an extension to respond to the initial Complaint to December 2, 2021, and their motions to dismiss were filed on that date;

**WHEREAS** on December 6, 2021, this Court issued an order requiring Minnesota Life to clarify Quantum's residence, and Minnesota Life filed its Amended Complaint on December 13, 2021;

**WHEREAS** Quantum and Shurts filed their motions to dismiss the Amended Complaint on December 23, 2021;

**WHEREAS**, due to the intervening Christmas and New Year holidays, the parties have agreed to extend the deadline for Minnesota Life to oppose Quantum and Shurts' motions to dismiss to February 3, 2022;

**WHEREAS**, the parties further agree to continue Quantum and Shurts' deadline to file any reply to February 18, 2022.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Minnesota Life and Quantum and Shurts, by and through their respective undersigned counsel, that:

1. Minnesota Life's time to oppose the motions to dismiss filed by Quantum and Shurts is extended to February 3, 2022.

2. Quantum and Shurts' deadline to file a reply in support of their motions is extended to February 18, 2022.

Dated:  January 11, 2022

*s/Shawn M. Raiter*
Shawn M. Raiter (#240424)
David M. Wilk (#222860)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
sraiter@larsonking.com
dwilk@larsonking.com

Robert D. Phillips, Jr. (*pro hac vice* forthcoming)
Kathy J. Huang (*pro hac vice* forthcoming)
Gillian H. Clow (*pro hac vice* forthcoming)
**ALSTON & BIRD, LLP**
333 South Hope St, 16th FL
Los Angeles, CA 90071
Tel: (213) 576-1000
bo.phillips@alston.com
kathy.huang@alston.com
gillian.clow@alston.com

***Attorneys for Plaintiff Minnesota Life Insurance Company***

| | |
|---|---|
| Date: January 10, 2022 | By: s/ *J. Neil Stuart*  <br>Daniel G. Dowd (*pro hac vice*)  <br>J. Neil Stuart (*pro hac vice*)  <br>Cole K. Kubosumi (*pro hac vice*)  <br>COHEN DOWD QUIGLEY P.C.  <br>The Camelback Esplanade I  <br>2425 East Camelback Road, Suite 1100  <br>Phoenix, Arizona 85016  <br>Tel: (602) 252-8400  <br>ddowd@cdqlaw.com  <br>nstuart@cdqlaw.com  <br>ckubosumi@cdqlaw.com  <br>  <br>Lindsey A. Davis (#0332148)  <br>Mackenzie Moy (#0397013)  <br>ZELLE LLP  <br>500 Washington Avenue South, Suite 4000  <br>Minneapolis, MN 55415  <br>Tel: (612) 339-2020  <br>ldavis@zelle.com  <br>mmoy@zelle.com  <br>  <br>***Attorneys for Defendants The Quantum Group USA, LLC and Ronald L. Shurts*** |