UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY<br><br>Plaintiff,<br><br>-vs-<br><br>SHURWEST HOLDING COMPANY, INC., an Arizona corporation; and SHURWEST, LLC, an Arizona limited liability company, THE QUANTUM GROUP USA, LLC, an Arizona limited liability company, and Ron Shurts, an individual.<br><br>Defendants. | Case No.: 0:21-cv-01603-JNE-ECW<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(a)(1)(ii)]** |

Plaintiff Minnesota Life Insurance Company ("Minnesota Life") and Defendants Shurwest Holding Company, Inc., Shurwest, LLC, The Quantum Group USA, LLC and Ronald L. Shurts hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice, with each party bearing that party's own attorney's fees and costs in this action.

| | |
|---|---|
| Dated:  October 12, 2022 | *s/ Shawn M. Raiter* <br> Shawn M. Raiter (#240424) <br> David M. Wilk (#222860) <br> **LARSON • KING, LLP** <br> 2800 Wells Fargo Place <br> 30 East Seventh Street <br> St. Paul, MN 55101 <br> Tel: (651) 312-6500 <br> sraiter@larsonking.com <br> dwilk@larsonking.com <br> <br> Robert D. Phillips, Jr. (*pro hac vice* forthcoming) <br> Kathy J. Huang (*pro hac vice* forthcoming) <br> Gillian H. Clow (*pro hac vice* forthcoming) <br> **ALSTON & BIRD, LLP** <br> 333 South Hope St, 16th FL <br> Los Angeles, CA 90071 <br> Tel: (213) 576-1000 <br> bo.phillips@alston.com <br> kathy.huang@alston.com <br> gillian.clow@alston.com <br> <br> *Attorneys for Plaintiff Minnesota Life Insurance Company* |

Date: October 11, 2022         By: s/ *J. Neil Stuart*
                                              Daniel G. Dowd (*pro hac vice*)
                                              J. Neil Stuart (*pro hac vice*)
                                              Cole K. Kubosumi (*pro hac vice*)
                                              COHEN DOWD QUIGLEY P.C.
                                              The Camelback Esplanade I
                                              2425 East Camelback Road, Suite 1100
                                              Phoenix, Arizona 85016
                                              Tel: (602) 252-8400
                                              ddowd@cdqlaw.com
                                              nstuart@cdqlaw.com
                                              ckubosumi@cdqlaw.com

                                              Lindsey A. Davis (#0332148)
                                              Mackenzie Moy (#0397013)
                                              ZELLE LLP
                                              500 Washington Avenue South, Suite 4000
                                              Minneapolis, MN 55415
                                              Tel: (612) 339-2020
                                              ldavis@zelle.com
                                              mmoy@zelle.com


                                              ***Attorneys for Defendants The Quantum Group***
                                              ***USA, LLC and Ronald L. Shurts***

Date: October 11, 2022

By: s/ *Lennette W. Lee*
Joseph N. Akrotirianakis (pro hac vice)
Lennette W. Lee (pro hac vice)
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone: (213) 443-4355
Facsimile: (213) 443-4310
jakro@kslaw.com
llee@kslaw.com

Cheryl A. Sabnis (MN Bar No. 295012)
KING & SPALDING LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
csabnis@kslaw.com

***Attorneys for Defendants Shurwest, LLC and Shurwest Holding Company, Inc.***